IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  13-cv-02993-REB-BNB

SIMONA RISORTO,

Plaintiff,

v.

MALCOLM S. GERALD & ASSOCIATES, INC., and
DOE 1-5,

Defendants.

_____

**ORDER**
_____

The Clerk of the Court entered default under Fed. R. Civ. P. 55(a) on December 30, 2013, but the plaintiff has done nothing to prosecute the case since then.

IT IS ORDERED that the plaintiff shall file a motion for default judgment, if at all, on or before February 12, 2014.

Dated January 29, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge