# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-02993-REB-BNB

SIMONA RISORTO,

    Plaintiff,

v.

MALCOLM S. GERALD & ASSOCIATES, INC., and
DOE 1-5,

    Defendants.

## ORDER DISMISSING DEFENDANT "DOE 1-5," ONLY

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal as to Doe 1-5** [#16][1] filed February 12, 2014. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant Doe 1-5 should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal as to Doe 1-5** [#16] filed February 12, 2014, is **APPROVED**;

2. That plaintiff's claims against defendant, "Doe 1-5," are **DISMISSED**; and

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's management system and electronic case filing (CM/ECF). I use this convention throughout this order.

3. That defendant, "Doe 1-5," is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated February 13, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge