**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02993-REB-BNB

SIMONA RISORTO,

    Plaintiff,

v.

MALCOLM S. GERALD & ASSOCIATES, INC.,

    Defendant.

**ORDER**

**Blackburn, J.**

The matter is before the court on the **Plaintiff's Unopposed Motion to Set Aside and Vacate Default Judgment and Dismiss With Prejudice** [#25][1] filed July 30, 2014.  After reviewing the motion and the record, I conclude that the motion should be granted, that the court's **Default Judgment** [#22] entered April 3, 2014, should be vacated, and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Unopposed Motion to Set Aside and Vacate Default Judgment and Dismiss With Prejudice** [#25], filed July 30, 2014, is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action;

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3. That the **Default Judgment** [#22] entered April 3, 2014, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated October 7, 2014, at Denver, Colorado.

                                                **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge